UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Willie Mae Horne**,

Bankruptcy Case No.: 08-80969

Soc. Sec. No. xxx-xx-7487

Mailing Address: 2024 Collier Rd., Durham, NC 27707-

Debtor.

**Willie Mae Horne**,

         Plaintiff, A.P. No.:08-9031

**DT Credit Corporation a Drive Time Company,**
         Defendant.

## CONSENT ORDER DISMISSING COMPLAINT OBJECTING TO CLAIM AND TO DETERMINE VALIDITY OF LIEN

  With the consent of all parties, as indicated by signatures of their respective attorneys, the Court hereby dismisses with prejudice the Plaintiff's Complaint as the Defendant has supplied the documents lacking in the original Proof of Claim, which formed the basis for this Adversary Proceeding. The parties shall bear their own costs related to this Adversary Proceeding.

We Consent:

| | |
|---|---|
| Dated: December 15, 2008 | Dated: December 15, 2008 |
| /s Christopher L. White | /s Edward C. Boltz |
| Christopher L. White | Edward C. Boltz |
| **Attorney for DT Credit Corporation** | **Attorney for the Plaintiff** |
| North Carolina State Bar No.: 12798 | North Carolina State Bar No.: 23003 |
| P.O. Box 31428 | 1738-D Hillandale Rd. |
| Raleigh, NC 27622 | Durham NC 27705 |

In re:
**Willie Mae Horne**,

Bankruptcy Case No.: 08-80969

Soc. Sec. No. xxx-xx-7487
Mailing Address: 2024 Collier Rd., Durham, NC 27707-

    Debtor.

**Willie Mae Horne**,

    Plaintiff, A.P. No.:08-9031

**DT Credit Corporation a Drive Time Company,**
    Defendant.

## SERVICE LIST FOR CONSENT ORDER DISMISSING COMPLAINT

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N C 27702

DT Credit Corporation a Drive Time Company
**Attn: Managing Agent**
F.K.A. Ugly Duckling Credit Corp.
Post Office Box 29018
Phoenix, AZ 85038-9018

Willie Mae Horne
2024 Collier Rd.
Durham, NC 27707

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Christopher White
**Attorney for DT Credit Corporation**
P.O. Box 31428
Raleigh, NC 27622

Edward Boltz
**Attorney for the Plaintiff**
1738-D Hillandale Rd.
Durham NC 27705