C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: )           No. B-08-80969  C-13D
Willie M. Horne )
                                                    )
                                                    )
         Debtor(s) )

## ORDER AUTHORIZING DEBTOR TO INCUR INDEBTEDNESS

       On January 20, 2011, a hearing was held on the Motion by the Debtor for permission to borrow funds to purchase a replacement vehicle. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor; Richard M. Hutson II, Standing Trustee appeared; and no other party appeared or objected to the Debtor's Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

       1. The Motion of the Debtor for permission to borrow funds for the purchase of a replacement vehicle is granted.

       2. The Debtor is permitted to obtain financing from Santander Consumer USA in the approximate amount of $17,615.00, payable with interest at a rate of approximately 18% per annum, and principal and interest payable in monthly installments of approximately $414.00 for 72 months.

       3. The Debtor is authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

       4. John T. Orcutt, Esq., counsel for the Debtor, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

**PARTIES IN INTEREST**
**Page 1 of 1**
**08-80969 C-13D**

Willie M. Horne
2024 Collier Rd.
Durham, NC  27707

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Santander Consumer USA
PO Box 25120
Leigh Valley, PA  18002