C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Willie Mae Horne | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | No. B-08-80969 C-13D |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor's last full payment was for May, 2011. The Standing Trustee's office has contacted the Debtor regarding the delinquent payments, and the Debtor has not responded.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Plan for nonpayment.


Date: August 16, 2011                                                           s/Richard M. Hutson, II
RMH:ltp                                                                                         Standing Trustee
-------------------------------------------------------------------------------------------------------------------------

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 East Pettigrew Street, Durham, NC, on **September 22, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date: August 16, 2011                                                                    OFFICE OF THE CLERK
                                                                                                            U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
B-08-80969 C-13D

Willie Mae Horne
2024 Collier Road
Durham, NC 27707

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702